IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

LONSHONE JONES,                              )
                                             )
          Plaintiff,                         )
                                             )
     v.                                      )        CV 125-055
                                             )
GINO BRANTLEY; CAPTAIN DANIELS;              )
CAPTAIN HARRELL; LIEUTENANT                   )
JENKINS; SERGEANT STERNS;                    )
CORPORAL COWELL; CORPORAL                    )
DELAGO; CORPORAL KUNTE;                      )
CORPORAL SEYMORE; CORPORAL                   )
ELLISON; DEPUTY THOMAS; DEPUTY               )
SEERS; DEPUTIES JOHN DOES 1-4;               )
DEPUTY JANE DOE; DEPUTY GIST;                )
DEPUTY BUSBY; DEPUTY                         )
BLASTINGGAME; DEPUTY BRINSON;                )
DEPUTY GILMORE; DEPUTY GABI;                 )
DEPUTY PRESCOTT; DEPUTY SMILEY;              )
DEPUTY MOODY; DEPUTY PERISH;                 )
DEPUTY CARLEE; DEPUTY TRAVIS;                )
DETRA WILLIS; DOCTOR CROSBY;                 )
DOCTOR CARSON; NURSE BAKER;                  )
NURSE CLARK; NURSE ROGERS;                   )
NURSE PERLEY; and NURSE MCKAZ,               )
                                             )
          Defendants.                        )

------------

**O R D E R**

------------

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this _12th_ day of June, 2025, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA